**No. 58898.**—J. W. Podmore & Sons *v.* United States, protests 151535–K, etc. (Honolulu, T. H.).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.